**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6998**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTONIO DEMETRIUS EVANS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:05-cr-00511-TDC-1)

Submitted:  March 27, 2025                    Decided:  March 31, 2025

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antonio Demetrius Evans, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Demetrius Evans appeals the district court's orders denying his motion to quash detainer and denying his motion to reconsider, vacate, or modify. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. Evans*, No. 8:05-cr-00511-TDC-1 (D. Md. June 10 & Sept. 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*